IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| WAYNE EDWARDS | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-294 (MTT) |
| Captain LARRY JACKSON, Sheriff BILLY W. CAPE, and KENNETH VAUGHN | ) |
| Defendants. | ) |

## ORDER

This matter is before the court on the Order and Recommendation (Doc. 4) of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge recommends dismissing Defendant Kenneth Vaughn from the action because the Plaintiff's complaint makes no allegations against Defendant Vaughn. Further, construing the Plaintiff's complaint liberally in favor of the Plaintiff, the Magistrate Judge will allow the Plaintiff's claims against Defendants Captain Larry Jackson and Sheriff Billy W. Cape to go forward, and he has ordered service be made upon those Defendants. The Plaintiff did not file an objection to the Order and Recommendation. The Court has reviewed the Order and Recommendation, and the Order and Recommendation is adopted and made the order of this Court. Defendant Kenneth Vaughn is **DISMISSED** from the action, and service is to be made upon Defendants Captain Larry Jackson and Sheriff Billy W. Cape.

**SO ORDERED**, this 29th day of September, 2010.

                                            <u>S/ Marc T. Treadwell</u>
                                            MARC T. TREADWELL, JUDGE
                                            UNITED STATES DISTRICT COURT