## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **WAYNE EDWARDS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:10-CV-294 (MTT)** |
| ) | |
| **LARRY JACKSON,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle.  (Doc. 50).  The Magistrate Judge recommends granting the Defendants' Motion for Summary Judgment and denying the Plaintiff's Motion for Summary Judgment.  The Plaintiff has not filed an objection to the Recommendation.

Having reviewed the Recommendation, the Recommendation is adopted and made the order of this Court.  The Defendants' Motion for Summary Judgment is granted, the Plaintiff's Motion for Summary Judgment is denied, and this action is **dismissed**.

**SO ORDERED,** this 27th day of February, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT