IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WAYNE EDWARDS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-294 (MTT) |
| LARRY JACKSON, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiff Wayne Edwards' motion for leave to appeal in forma pauperis. (Doc. 60). This Court initially granted the Plaintiff's motion to proceed in forma pauperis in the district court action. On February 27, 2012, the Court entered an order adopting the Magistrate Judge's Recommendation and granting the Defendants' Motion for Summary Judgment. (Doc. 57). The Plaintiff now seeks to appeal that order.

Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." *See also* Fed. R. App. P. 24(a)(3). For the reasons set forth in the Court's order adopting the Magistrate Judge's Recommendation, in the Court's best judgment, an appeal from that order cannot be taken in good faith. Accordingly, the Plaintiff's motion for leave to appeal in forma pauperis is **denied**.

**SO ORDERED,** this 19th day of March, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT